UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:21-cv-61463-MARTINEZ-BECERRA

WBDH-BC HOLDINGS LTD., an Ontario Corporation,

    Plaintiff,

v.

VARSATEL CORPORATION, a Florida corporation, COMTEL DIRECT, LLC, a Florida Limited Liability Company, HARRISON VARGAS, an individual, GINNA PAULSEN an individual, LOUIS ARRIOLA, an individual, THE MAPLE WOOD ISLE ASSOCIATION, INC., a Florida not-for-profit corporation, and CHT HOLDINGS, LLC, a Delaware Limited Liability Company, FRANQUICIAS CALLNET, LLC, a Florida Limited Liability company, CHT HOLDINGS DOMINICANA, SAS, a Dominican Republic Corporation,

    Defendants.
_____/

## NOTICE OF DISCOVERY HEARING

PLEASE TAKE NOTICE that **on Wednesday, December 22, 2021, at 1:00 P.M.**, a discovery hearing will be held before the Honorable Magistrate Judge Jacqueline Becerra, USA Toll-Free Number: (866) 390-1828, Access Code 2046890.

The parties dispute and require judicial intervention to resolve the following matter:

Magistrate Judge Becerra has ordered the Defendants to respond to Plaintiff's First Request for Production no later than December 17, 2021. ECF No. 73. As of the date hereof, the Defendants have not filed a written response or provided documents in response to the discovery.

A copy of any relevant source materials and a Proposed Order will be provided to

Chambers in accordance with Magistrate Judge Becerra's Discovery Procedures.

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that he has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF Electronic Noticing to those parties registered to receive electronic noticing in this case, and to the following parties by First Class U.S. Mail and email as set forth below, on December 21, 2021:

CHT Holdings, LLC
c/o Onofre Torres, Registered Agent
701 Brickell Ave., #850
Miami, FL 33131

Varsatel Corporation
c/o Harrison Vargas, Registered Agent
1820 North Corporate Lakes Blvd., Suite 101
Weston, FL 33026
harrison.vargas@icloud.com

Comtel Direct, LLC
c/o CHT Holdings, Registered Agent
1820 North Corporate Lakes Blvd., Suite 101
Weston, FL 33026

Harrison Vargas
1820 North Corporate Lakes Blvd., Suite 101
Weston, FL 33026
harrison.vargas@icloud.com

Ginna Paulsen
10007 Vestal Place
Coral Springs, FL 33071

The Maple Wood Isle Association, Inc.
c/o Frank Weinberg Black
7805 S.W. 6th Court
Plantation, FL 33324

                                            **SHRAIBERG, LANDAU & PAGE, P.A.**
                                            Attorneys for Plaintiff
                                            2385 NW Executive Center Drive, Suite 300
                                            Boca Raton, Florida 33431
                                            Telephone: 561-443-0800
                                            Facsimile: 561-998-0047
                                            Email: plandau@slp.law
                                            Email: pdorsey@slp.law

                                            By:   */s/ Philip J. Landau*
                                                     Philip J. Landau, Esq.
                                                     Fla. Bar. No. 0504017
                                                     Patrick Dorsey, Esq.
                                                     Fla. Bar. No. 0085841