UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 21-61463-CIV-MARTINEZ-BECERRA

WBDH-BC HOLDINGS LTD.,

    Plaintiff,

vs.

VARSATEL CORPORATION, COMTEL DIRECT, LLC, HARRISON VARGAS, GINNA PAULSEN, LOUIS ARRIOLA, THE MAPLE WOOD ISLE ASSOCIATION, INC., CHT HOLDINGS, LLC, FRANQUICIAS CALLNET, LLC, and CHT HOLDINGS DOMINICANA, SAS,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On May 13, 2022, Plaintiff filed a motion for partial summary judgment against Defendants Varsatel Corporation, Comtel Direct, LLC, Harrison Vargas, Ginna Paulsen, the Maple Wood Isle Association, Inc., and Louis Arriola, (ECF No. 146). Below the Court addresses the Defendants' responses, or lack thereof, to this motion.

To begin with, a clerk's default has been entered against Louis Arriola and the Maple Wood Isle Association, Inc. (ECF Nos. 53, 189). "The appropriate procedure against a defendant in default is a motion for default judgment, not a motion for summary judgment." *Great Am. Ins. Co. v. Delphini Constr. Co.*, No. 14-cv-1412, 2015 U.S. Dist. LEXIS 194615, at *5 (M.D. Fla. Sept. 28, 2015). Accordingly, the Court will not consider Plaintiff's motion for partial summary

1

judgment as to Arriola and Maple Wood; instead, Plaintiff shall file an appropriate motion for final default judgment against them.

Next, while Defendant Ginna Paulsen has appeared in this case, (ECF No. 13), she has not responded to Plaintiff's motion for partial summary judgment. Despite Paulsen's failure to file a response, the Court cannot enter partial summary judgment without considering the merits of the motion. *See United States v. One Piece of Real Property Located at 5800 SW 74th Ave., Miami*, 363 F.3d 1099, 1101 (11th Cir. 2004). Before undertaking this review, however, the Court will provide Paulsen with one more opportunity to respond.

Finally, then-counsel for Defendants Harrison Vargas, Comtel, and Varsatel Corporation responded to Plaintiff's motion for partial summary judgment. (ECF No. 171). Counsel did not, however, file an opposing statement of material facts, as required under Local Rule 56.1. Moreover, after the response was filed, Defendant Harrison Vargas, on behalf of himself and Varsatel and Comtel, filed a motion seeking the withdrawal of their counsel, Antonio S. Gonzalez. (ECF No. 179). Within this motion to withdraw, Vargas stated that Mr. Gonzalez was "unauthorized" to file the response and filed it "after [having] been discharged as Counsel of Record and without Defendant['s] consent." (ECF No. 179 ¶¶ 5–6). Mr. Gonzalez also filed a motion to withdraw as counsel for Vargas, Comtel, and Varsatel, stating that he filed the response to Plaintiff's motion for partial summary judgment before he received an email terminating his representation of Vargas, Comtel, and Varsatel. (ECF No. 177 ¶ 2). The Court granted Mr. Gonzalez's motion to withdraw as counsel for Vargas, Comtel, and Varsatel. (ECF No. 181). Since then, Vargas, Comtel, and Varsatel have obtained new counsel. (ECF No. 215). But new counsel has not sought to strike the purportedly unauthorized response or otherwise notified the Court about its response to Plaintiff's motion for partial summary judgment.

Accordingly, after careful consideration, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. **On or before November 3, 2022**, Plaintiff shall file a motion for final default judgment that includes affidavits of the amounts due by Defendants Louis Arriola and the Maple Wood Isle Association, Inc, if necessary, and any other supporting documentation necessary to determine the measure of damages and conclude this action as to Arriola and Maple Wood. Plaintiff shall send a copy of the motion to Arriola and the Maple Wood's counsel, or to Defendants themselves, if Defendants do not have counsel.  In the certificate of service, Plaintiff shall indicate that notice was sent and the address to where it was sent.  Plaintiff's failure to file a motion for final default judgment within the specified time will result in a dismissal without prejudice as to these Defendants.  **Pursuant to 28 U.S.C. § 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge Jacqueline Becerra to take all necessary and proper action as required by law with respect to all matters relating to Plaintiff's forthcoming motion for final default judgment as to Defendants Louis Arriola and Maple Wood Isle Association, Inc.**

2. **On or before November 3, 2022**, Defendant Ginna Paulsen shall respond to Plaintiff's motion for partial summary judgment in accordance with the Local Rules and Federal Rules of Civil Procedure.  The Court will immediately turn to the merits of Plaintiff's motion for partial summary judgment should Paulsen fail to respond to the motion by this date.

3. **On or before November 3, 2022**, counsel for Vargas, Comtel, and Varsatel shall file a notice either (1) striking the existing response to Plaintiff's motion for partial summary judgment or (2) informing the Court that the existing response is authorized and that the Court should consider it when ruling on Plaintiff's motion for partial summary judgment.  If counsel

strikes the existing response, it shall file a new response to Plaintiff's motion for partial summary judgment on or before **November 3, 2022**. Whether the existing response stands, or a new response is filed, counsel for Vargas, Comtel, and Varsatel, shall file a response to Plaintiff's statement of undisputed material facts on or before **November 3, 2022**. *See* S.D. Fla. L.R. 56.1. Plaintiffs may refile their reply in support of their motion for partial summary judgment, and a response to any additional facts asserted in the opposing statement of material facts, in consideration of the forthcoming briefing from Vargas, Comtel, and Varsatel.

**DONE AND ORDERED** in Miami, Florida, this 20th day of October, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record