UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: **21-61463-CIV-MARTINEZ-BECERRA**

WBDH-BC HOLDINGS, LTD.,

    Plaintiff,

vs.

VARSATEL CORPORATION, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") Plaintiff WBDH-BC Holdings, LLC's Motion for Entry of Default Judgment against Defendant CHT Holdings, LLC ("Motion"), (ECF No. 240). Judge Becerra filed an R&R recommending that the Motion be granted. (ECF No. 269). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Judge Becerra's R&R, (ECF No. 269), is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion, (ECF No. 240), is **GRANTED**. Plaintiff shall be awarded a total of $2,471,397.23 against CHT Holdings, LLC, comprised of damages in the amount of $2,018,245.37 and prejudgment interest of $453,151.86 as of October 20, 2023.

3. Final Judgment shall be entered by a separate order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 27 day of February, 2024.

                                                                            JOSE E. MARTINEZ
                                                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record