UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 21-61463-CIV-MARTINEZ-REINHART

WBDH-BC HOLDINGS, LTD.,

    Plaintiff,

v.

VARSATEL CORPORATION, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motions for Default Judgment, (ECF Nos. 227, 232). (ECF No. 278). On September 2, 2025, Judge Reinhart filed a Report and Recommendation recommending that the Plaintiff's Motions for Default Judgment, (ECF Nos. 227, 232), be **DISMISSED WITHOUT PREJUDICE**. (ECF No. 290). This Court has reviewed the entire file and record and notes that no objections have been filed, and the time to so object has passed. After careful consideration, it is:

**ADJUDGED** that Judge Reinhart's Report and Recommendation, (ECF No. 290), is **AFFIRMED** and **ADOPTED** in its entirety. Accordingly, it is **ADJUDGED** that:

1. Plaintiff's Motions for Default Judgment, (ECF Nos. 227, 232), are **DISMISSED WITHOUT PREJUDICE**.

2. The Parties shall either file dismissal paperwork for the claims against Defendant Paulsen or file a notice advising the Court that no settlement has been reached, **on or before October 14, 2025**. *See* (ECF No. 289).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of September, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reinhart
All Counsel of Record